UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD G. LOPEZ and JOSEPH LEYBA | § § § § | |
| Plaintiffs, | § § | Civil Action No. 2:11-cv-00402 |
| v. | § § | |
| TRIPLE D SECURITY | § § § | |
| Defendant | § | |

## DEFENDANT'S ADR REPORT

Defendant files this advisory that they agree to participate in mediation in this case. This being said, Defendant has read the advisory regarding mediation recently submitted by Plaintiff's counsel. Although Defendant agrees to participate in mediation in good faith, Defendant has not, and will not, agree to pay any specific amount to settle this case as a pre-condition to mediation. Defendant contests liability in this case, and Defendant does not agree with the representations made by Plaintiff's counsel to the Court in the advisory dated August 3, 2012.

Respectfully Submitted,

/S/Michael V. Galo, Jr.
MICHAEL V. GALO, JR.
State Bar No. 00790734
GALO LAW FIRM, P.C.
4230 Gardendale, Bldg. 401
San Antonio, Texas 78229
Telephone: (210) 616-9800
Telecopier: (210) 616-9898
ATTORNEY FOR DEFENDANT
TRIPLE D SECURITY CORPORATION
A/K/A TRIPLE D SECURITY, INC.

## CERTIFICATE OF SERVICE

I certify that, on this 3rd day of August, 2012, a copy of the foregoing has been served electronically as follows:

Jon D. Brooks
Brooks LLP
400 Mann Street, Suite 1001
Corpus Christi, TX 78401

/S/Michael V. Galo, Jr.
MICHAEL V. GALO, JR.