**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| RICHARD G. LOPEZ, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | **Civil Action No.  2:11-cv-402** |
| VS. | § | |
| | § | **JURY TRIAL DEMANDED** |
| | § | |
| TRIPLE D SECURITY, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiffs file this Notice of Settlement in the above-styled and numbered matter, and show as follows:

1.  This is an FLSA case concerning unpaid overtime.

2.  On October 5, 2012, the parties mediated this case with Andy Lehrman and reached a compromise and settlement agreement of all claims for all claims alleged by the Plaintiffs, including court costs and attorneys' fees.

3.  The Plaintiffs will file an unopposed motion to dismiss the suit after execution of the formal settlement documents.

4.  Accordingly, the parties respectfully request that the Court take notice of the settlement.

Respectfully submitted,

s/Jon D. Brooks

Jon D. Brooks
Attorney-in-Charge
Southern District ID 24936
State Bar No. 24004563
400 Mann Street, Suite 1001
Corpus Christi, Texas 78401
361.885.7710
361.885.7716 (facsimile)
jbrooks@brooksllp.com

**Attorney for Plaintiffs**

OF COUNSEL

BROOKS LLP
Attorneys and Counselors at Law
400 Mann Street, Suite 1001
Corpus Christi, Texas 78401
361.885.7710 (telephone)
361.885.7716 (facsimile)
www.brooksllp.com (web)

## Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing was served upon Defendant's counsel of record, as indicated below, by electronic mail from the clerk of the court, on this 8th day October, 2012, as permitted by the Rules:

Michael V. Galo, Jr.
Galo Law Firm, P.C.
4230 Gardendale, Bldg. 401
San Antonio, Texas 78222

s/Jon D. Brooks

Jon D. Brooks

2